No. 1055, Misc. DeMARY *v.* PATE, WARDEN. Cir. Ct. of Will County, Ill. Certiorari denied.

No. 1056, Misc. BREWER *v.* PENNSYLVANIA BOARD OF PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 1057, Misc. DEDMON *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1059, Misc. KINGSTON *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1065, Misc. CORDOVA *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1070, Misc. BARNES *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1072, Misc. PRATT *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1076, Misc. SCOTT *v.* CALIFORNIA DISTRICT COURT OF APPEAL, SECOND APPELLATE DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1087, Misc. ROBINSON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 1088, Misc. BRAUN *v.* WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1099, Misc. HAYS *v.* CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 1139, Misc. WAGER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.